AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Etaf Ghani  **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 01-CV-675

v.

Jo Anne B. Barnhart, Commissioner of Social Security Administration

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. section 405(g) for the sole purpose of calculating plaintiff's SSI benefits as of 2/10/99.

Date: 8/8/05                    RODNEY C. EARLY, CLERK

                        By:    s/Deborah M. Zeeb
                               Deputy Clerk